UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00215 |
| | ) | JUDGE CAMPBELL |
| FERNANDO FLORES-SOLIS | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time to File Pretrial Motions (Docket No. 14). The Motion is GRANTED in part. The deadline for filing pretrial motions is extended to December 16, 2013. The date requested by the Motion is too close to the trial date to be workable.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE